## BENEDIC ANDERSON v. HADDEN SMITH.

Court of Common Pleas.  Kent.  December, 1809.

*Clayton's Notebook, 121.*

## ROBINSON v. SHANKLAND.

Court of Common Pleas.  Sussex.  April 7, 1819.

*Clayton's Notebook, 121.*

Where suit had been brought within six years on administration bond and forfeited, yet *scire facias* by an heir (not he for whose use suit was brought on bond) after six years from passing of the bond was barred.

Bill of exceptions.